IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 07-0457
 ((((((((((((((((

 Linda Thomas, Individually And As Personal Representative Of The Estate Of
 Damon Hollimon, Deceased And Ashley Dominque Hollimon, Individually,
 Petitioners

 v.

 Institutional Division of The Texas Department of Criminal Justice and
 Glenda Pierson, Respondents

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The Courts abatement order issued March 5, 2008 is extended to
June 5, 2008 and this case remains ABATED to allow the parties to proceed
with settlement negotiations.
 2. This case is removed from the Court's active docket until June
5, 2008, by which time the parties must file either a status report or a
motion to dismiss. The parties shall immediately notify this Court about
any changes in status in the settlement proceedings.

 Done at the City of Austin, this 9th day of May, 2008.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk